**DENIED**
**BY ORDER OF**

**Hernán D. Vera**
**United States District Judge**

**On:** 11/04/26

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| HUMBERTO DURAN,<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, COUNTY OF LOS ANGELES, DANIEL BATANERO, ROBERT PERRY, and RUBEN BEJARANO,<br><br>Defendants. | Case No. 2:25-cv-07992-HDV-PVC<br><br>**~~Proposed~~ Amended Scheduling Order** |

Having considered the parties' stipulation, the Court hereby finds that there is good cause to modify the scheduling order and hereby sets the following amended schedule governing this case:

| **Trial and Final Pretrial Conference Dates** | **Court Order** |
|---|---|
| Jury Trial<br>**(*Tuesday* at 9:00 a.m.)**<br>Estimated Duration: 5 Days | 10/26/2027 |
| Final Pretrial Conference ("FPTC") [L.R. 16]<br>**(*Tuesday* at 10:00 a.m.)** | 10/5/2027 |
| Hearing on Motions In Limine | 9/24/2027 |
| **Event** | **Court Order** |
| Fact Discovery Cut-Off<br>**(no later than deadline for *filing* dispositive motion)** | 4/27/2027 |
| Expert Disclosure (Initial) | 5/4/2027 |
| Expert Disclosure (Rebuttal) | 5/18/2027 |
| Expert Discovery Cut-Off | 6/1/2027 |
| Last Date to ***Hear*** Motions | 7/15/2027 |
| Deadline to Complete Settlement Conference [L.R. 16-15]<br>• ADR Selection:<br>[X] 1. Magistrate Judge<br>[ ] 2. Court's Mediation Panel<br>[ ] 3. Private Mediation | 8/24/2027 |
| **Trial Filings (first round)**<br>• Motions In Limine<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] *(court trial only)*<br>• Declarations containing Direct Testimony, if | 9/7/2027 |

| | |
|---|---|
| ordered *(court trial only)* | |
| **<u>Trial Filings</u> (second round)**<br>• Oppositions to Motions In Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions *(jury trial only)*<br>• Disputed Proposed Jury Instructions *(jury trial only)*<br>• Joint Proposed Verdict Forms *(jury trial only)*<br>• Joint Proposed Statement of the Case *(jury trial only)*<br>• Proposed Additional Voir Dire Questions, if any *(jury trial only)*<br>• Evidentiary Objections to Decls. of Direct Testimony *(court trial only)* | 9/21/2027 |

**IT IS SO ORDERED.**

**cc: ADR Dept.**